■ In the Matter of Chad B., Appellant. New York State Office of Children and Family Services, Respondent. [738 NYS2d 911] —Appeal from an order of Family Court, Monroe County (Donofrio, J.), entered September 27, 2001, which, inter alia, extended placement of Chad B. with the New York State Office of Children and Family Services to March 13, 2002.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs as moot (*see, Matter of*

*Kale F.*, 269 AD2d 832, 832-833). Present—Green, J.P., Scudder, Kehoe, Burns and Gorski, JJ.